IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CYNTHIA LEWIS, on behalf of**
**her minor son I. L.**                                                                         **PLAINTIFF**

V.                         **CIVIL ACTION NO. 3:21CV114-NBB-RP**

**OLIVE BRANCH MIDDLE SCHOOL,**
**ET AL.**                                                                                  **DEFENDANTS**

## **JUDGMENT**

      Plaintiff Cynthia Lewis filed suit on behalf of her minor son, I. L., on May 27, 2021. Along with her Complaint, she filed a Motion to Proceed *In Forma Pauperis*. On June 11, 2021, the magistrate judge ordered Plaintiff to show cause as to why her complaint should not be dismissed. Plaintiff was instructed to replace the name of the minor child with his initials in an Amended Complaint and to clarify the identity of the defendants so that service could be properly issued.

      On June 30, 2021, Plaintiff filed an Amended Complaint in an apparent attempt to satisfy the magistrate judge's Amended Order to Show Cause. Plaintiff failed, however, to follow either of the court's instructions. On July 9, 2021, the magistrate judge ordered Plaintiff for a second time to show cause as to why her complaint should not be dismissed for failure to comply with the first Order to Show Cause. Again, Plaintiff amended her Complaint. The Second Amended Complaint also fails to comply with the magistrate judge's Second Order to Show Cause. Specifically, the minor's name is listed on page two of the Second Amended Complaint. Both the first and second Orders to Show Cause were very clear that the minor's name must be replaced with the initials. Additionally, Plaintiff was instructed to clarify the identity of the

defendants so that service could be properly issued. The body of the Second Amended Complaint contains allegations against Adam Sikes. However, Adam Sikes is not identified as a defendant in the style of the case. Plaintiff has repeatedly failed to comply with the direct orders of the court, despite being warned that failure to comply would result in dismissal of her case.

In accordance with the court's July 9, 2021 Order, the Plaintiff's claims are hereby dismissed without prejudice, the case closed and removed from the court's docket.

This, the 13th day of August, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE